IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| LORA BILNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 5:14-cv-04002 |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, LORA BILNEY, ("Plaintiff"), through Plaintiff's attorney, Kristin K. Gamble, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismisses this case, with prejudice, against Defendant, GC SERVICES, LP.

RESPECTFULLY SUBMITTED,

January 23, 2014         By: /s/ Kristin K. Gamble
                              Kristin K. Gamble, Esq.
                              3816 Lincoln Place Drive
                              Des Moines, IA 50312
                              Tel: 515-724-2476
                              kkgamble177@gmail.com
                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On January 22, 2014, I electronically filed the Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of this filed document to Defendant's counsel, Todd Stelter, at tstelter@hinshawlaw.com

By: /s/ Kristin K. Gamble
    Kristin K. Gamble, Esq.

1